# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| Dwight H. Smith and The Smith Insurance Agency, Inc., | C/A#: 6:19-cv-651-TMC |
| Plaintiffs, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Navigators Insurance Company, | |
| Defendant. | |

**WHEREAS**, the parties below in the above-referenced action have reached a satisfactory resolution of the issues contained therein and wish to end the same pursuant to Rule 41 of the Federal Rules of Civil Procedure; and

**WHEREAS**, all parties hereto agree to bear their own costs and expenses associated with this action.

The parties hereto, by and through their undersigned counsel agree to dismiss the action with prejudice.

**WE SO CONSENT:**

s/Michael A. Melonakos
Michael A. Melonakos (11400)
The Melonakos Law Firm, LLC
416 E. North St.
Greenville, SC 29601
mike@scinjuryattorney.com
(864) 485-5555 Ofc

*Attorney for Plaintiffs*

**WE SO CONSENT:**

s/A. Johnston Cox
A. Johnston Cox (6534)
Gallivan, White & Boyd, P.A.
PO Box 7368
Columbia, SC 29202-7368
jcox@gwblawfirm.com
(803) 779-1833 Ofc

*Attorney for Defendant*

Defendant's Counsel below has obtained the express written permission from the above attorney to insert his electronic signature on this document.  s/A. Johnston Cox (6534)